**No. 44260.**—Protests 919813–G, etc., of McCormick & Co., Inc. (Baltimore).

Opinion by Evans, J. It was stipulated that the merchandise consists of ginger root similar to that passed upon in *Wilson* v. *United States* (28 C. C. P. A.—, C. A. D. 126). The claim for free entry under paragraph 1768 was therefore sustained.